# Exhibit A

# Declaration of Joshua McDonald

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LEIGHTON WILLIAMS, *et al.*, | |
| Plaintiffs, | Case No.: 2:25-cv-13237-BRM-DRG |
| v. | Hon. Brandy R. McMillion |
| FCA US LLC, | Magistrate Judge David R. Grand |
| Defendant. | |

**DECLARATION OF JOSHUA MCDONALD IN SUPPORT OF DEFENDANT FCA US LLC'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS AMENDED COMPLAINT**

I, JOSHUA MCDONALD, declare:

1. I am more than twenty-one years of age and if called as a witness I could and would testify competently to the matters set forth in this declaration. I make this declaration based on my personal experiences and knowledge of the facts set forth herein, which includes my review of the books and records of FCA US LLC ("FCA US") kept in the ordinary course of its business, and information provided by persons upon whom I regularly rely in the ordinary course of my duties.

2. I have been employed as a product investigator with FCA US since 2016. Before that, I was a design and release engineer for FCA US starting in 2012.

**VEHICLE WARRANTIES**

3. Attached hereto as **Exhibit A-1** is a true and correct copy of the

warranty booklet for model-year 2018 Jeep vehicles, including the model-year 2018 Jeep Grand Cherokee alleged to have been purchased by Plaintiff Mark Abiad.

4. Attached hereto as **Exhibit A-2** is a true and correct copy of the warranty booklet for model-year 2018 Ram vehicles, including the model-year 2018 Ram 1500 alleged to have been purchased by Plaintiffs Doreen and Ashley Biasi.

5. Attached hereto as **Exhibit A-3** is a true and correct copy of the warranty booklet for model-year 2020 Dodge vehicles, including the model-year 2020 Dodge Charger alleged to have been purchased by Plaintiffs Yolanda Barrera and Shaun McGee. The arbitration agreement is set forth on page 5 of that warranty booklet.

6. Attached hereto as **Exhibit A-4** is a true and correct copy of the warranty booklet for model-year 2020 Jeep vehicles, including model-year 2020 Jeep Gladiators alleged to have been purchased by Plaintiffs Matthew Beaghley, Andre LaChapelle, David Lemmer II, Walter Misterka, and David Self. The arbitration agreement is set forth on page 5 of that warranty booklet.

7. Attached hereto as **Exhibit A-5** is a true and correct copy of the warranty booklet for model-year 2021 Dodge vehicles, including the model-year 2021 Dodge Charger purchased by Plaintiff Anthony Crisp. The arbitration agreement is set forth on page 5 of that warranty booklet.

8. Attached hereto as **Exhibits A-6 and A-7** are true and correct copies of

the warranty booklets for model-year 2021 Jeep vehicles (for gas and diesel vehicles, respectively), including the model-year 2021 Jeep Gladiator alleged to have been purchased by Plaintiff Jason Moore and the model-year 2021 Jeep Grand Cherokee alleged to have been purchased by Plaintiff Leighton Williams. The arbitration agreement is set forth on page 5 of each those warranty booklets.

## VEHICLE DASHBOARD/APPS

9. To access a vehicle specific "custom dashboard" (such as that shown on page 15 of Plaintiffs' Class Action Complaint) using FCA US's websites (*e.g.*, www.jeep.com, www.dodge.com, www.mopar.com, *etc.*) or mobile apps, a user must create an account on one of those websites/apps.

10. If account creation is done using one of FCA US's websites, a user must enter their name, email address, and a password, and then affirmatively check a box next to the statement "I agree to the Terms of Use and acknowledge the Privacy Policy" (on brand websites) or "I agree to the Terms of Use and Privacy Policy" (on the Mopar website). Examples of this appear are shown below (red circle added):







11. On the FCA US brand websites, the words "Terms of Use" are hyperlinked to the FCA Website Terms of Use in effect at that time. Those terms appear as below, and a true and correct copy of those terms (last updated April 6, 2021) are attached hereto as **Exhibit A-8**.

> **FCA WEBSITE TERMS OF USE**
>
> Last Updated: April 6, 2021
>
> These FCA Website Terms of Use (the "**Terms**" or the "**Agreement**") apply to the use of FCA websites, including www.mopar.com, https://connect.jeep.com/us/en/login, www.driveuconnect.com, www.jeep.com, www.chrysler.com, www.fiatusa.com and any other FCA website, webpage or online service (including mobile application) that includes a link to these Terms, as well any information, content, services, Accounts (except as described below) or features FCA makes available to You through these websites (each a "**Site**" and collectively, the "**Sites**").
>
> - "**FCA**," "**We**," "**Us**," and "**Our**," means FCA US LLC, and refers to FCA and its employees, directors, officers, contractors, subcontractors, consultants, representatives and agents.
> - "**You**" and "**Your**" refers to the person who is accessing or using the Site.
>
> PLEASE READ THESE TERMS CAREFULLY AS THEY CONTAIN IMPORTANT INFORMATION ABOUT LEGAL RIGHTS, REMEDIES AND OBLIGATIONS. BY ACCEPTING THESE TERMS AND/OR USING ANY OF THE SITES, YOU AGREE TO COMPLY WITH AND BE BOUND BY ALL OF THESE TERMS. IF YOU DO NOT ACCEPT ALL OF THE PROVISIONS OF THESE TERMS, YOU ARE NOT AUTHORIZED TO USE (AND MUST REFRAIN FROM USING) THE SITE.
>
> NOTE: THESE TERMS CONTAIN A DISPUTE RESOLUTION AND ARBITRATION PROVISION (SECTION 13), INCLUDING CLASS ACTION WAIVER THAT AFFECTS YOUR RIGHTS UNDER THESE TERMS AND WITH RESPECT TO DISPUTES YOU MAY HAVE WITH FCA. YOU MAY OPT OUT OF THE BINDING INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER AS PROVIDED BELOW.

12. On the Mopar website, the words "Terms of Use" are hyperlinked to the Mopar Terms of Use (effective January 1, 2013). Those terms appear as below, and a true and correct copy of those terms are attached hereto as **Exhibit A-9**.

> **TERMS OF USE**
>
> Effective Date: JANUARY 1, 2013
>
> **1. Introduction**
>
> Please read these Terms of Service ("**Terms**") carefully before using the "Services." The "**Services**" means the websites, mobile applications, software, and services controlled, whether partially or otherwise, by FCA US LLC.
>
> These Terms include FCA US's Privacy Statement, which is incorporated by reference into these Terms. When you access the Services through software or mobile applications, these Terms also incorporate the End User License Agreement (EULA) provided with such software or application. Any applicable EULA will supersede these Terms in the event of a conflict. These Terms also incorporate any additional specific terms and conditions applicable to particular goods and services you access or purchase through the Services. We have included several annotations in boxes to help explain or identify key sections. These annotations are for convenience only and have no legal or contractual effect.
>
> > This agreement is a legally binding contract. It may change as our business changes, and you agree you will review it and any updates regularly. **Your continued use of the Services means you accept any changes.**
>
> **Binding Agreement.** These Terms constitute a binding agreement between you and FCA US LLC and its affiliates, subsidiaries, brands, vendors, and any others engaged by us to provide services ("**FCA US**," "**we**," "**us**") and govern your use of the Services. "**You**" and "**users**" shall mean all visitors to the Services. You represent and agree that you are at least 16 years of age and otherwise able to enter into a valid, binding

13. On both the FCA US brand websites and the Mopar website, the words "Privacy Policy" are hyperlinked to the FCA US Privacy Policy in effect at that time. That policy appears as below. A true and correct copy of that policy (effective October 30, 2025) is attached hereto as **Exhibit A-10**. A true and correct copy of

- 6 -

the prior version of that policy (effective July 1, 2024) is attached hereto as **Exhibit A-11**. And a true and correct copy of the earlier version of that policy (effective January 1, 2023) is attached hereto as **Exhibit A-12**.



14. Each version of the Privacy Policy (Exhibits A-10, A-11, and A-12) provides that "Your access to and use of our Services … is subject to our applicable terms and agreements, including the FCA Website Terms of Use," with "FCA Website Terms of Use" hyperlinked to Exhibit A-8 hereto.

15. The FCA Website Terms of Use (Exhibit A-8) provides, in part, as follows:

> **This Provision provides that all Disputes between You and FCA shall be resolved by binding arbitration.** Arbitration is a form of private dispute resolution in which persons with a dispute waive their rights to file a lawsuit, to proceed in court and to a jury trial, and instead submit their disputes to a neutral third person (or arbitrator) for a binding decision…
>
> For the purpose of this Provision, "**FCA**" means FCA and its parents, subsidiary and affiliate companies, and each of their respective officers, directors, members, managers, employees, and agents. The term

"**Dispute**" means any dispute, claim, or controversy between You and FCA regarding, arising out of or relating to any aspect of Your relationship with FCA, whether based in contract, statute, regulation, ordinance, tort (including, but not limited to, fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable cause of action or claim for relief, and includes the validity, enforceability or scope of this Provision (with the exception of the enforceability of the Class Action Waiver clause below).  "Dispute is to be given the broadest possible meaning that will be enforced…

**<u>Arbitration Procedures.</u>**  If this Provision applies and the Dispute is not resolved as provided above (Pre-Arbitration Claim Resolution), either You or FCA may initiate arbitration proceedings.  The American Arbitration Association ("**AAA**"), www.adr.org, or JAMS, www.jamsadr.com, will arbitrate all Disputes, and the arbitration will be conducted before a single arbitrator.  The arbitration shall be commenced as an individual arbitration only, and shall in no event be commenced as a class arbitration or a consolidated or representative action or arbitration.  All issues are for the arbitrator to decide, including the scope of this Provision.

For arbitration before AAA, for Disputes of less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes will apply; for Disputes involving $75,000 or more, the AAA's Commercial Arbitration Rules will apply. In either instance, the AAA's Optional Rules For Emergency Measures Of Protection shall apply. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. For arbitration before JAMS, the JAMS Comprehensive Arbitration Rules & Procedures and the JAMS Recommended Arbitration Discovery Protocols For Domestic, Commercial Cases will apply. The JAMS rules are available at www.jamsadr.com or by calling 1-800-352-5267. This Provision governs in the event it conflicts with the applicable arbitration rules. Under no circumstances will class action or representative action procedures or rules apply to the arbitration.

Exhibit A-8, p. 7 (¶ 14) (emphasis in original).

16.   The Mopar Terms of Use (Exhibit A-9) additionally provide:

> **Arbitration, Class Waiver, and Waiver of Jury Trial**
>
> We are located in Michigan, so all disputes must be resolved there. We will use arbitration to resolve any problems, and you cannot join a class action lawsuit or obtain a jury trial for any disputes you have with us related to your use of the Services…
>
> You and FCA US agree to submit to the personal and exclusive arbitration of any disputes relating to your use of the Services under the rules of the American Arbitration Association. Any such arbitration, to the extent necessary, shall be conducted in Detroit, Michigan. You covenant not to sue FCA US in any other forum.

Exhibit A-9, p. 11 (¶ 17) (emphasis in original). They further provide that:

> The "Services" means the websites, mobile applications, software, and services controlled, whether partially or otherwise, by FCA US LLC.

*Id.* at p. 1 (¶ 1).

17. For account creation using FCA US's mobile apps, users provide their name, email address, and a password, and then are directed to the following screen:

- 9 -



18. To proceed with the creation of an account, the user must affirmatively check the box next to the statement "I have read and agree to the Application Terms

of Use, Website Terms of Use & Privacy Policy," as shown above. Only when the box is checked by the user does the "Proceed" button become active, and allow the creation of an account. All three document links can be clicked (without proceeding) to open the referenced agreement.

19.     Clicking on the "Website Terms of Use" link in the apps opens the FCA Website Terms of Use (last updated April 6, 2021), referenced above and attached hereto as Exhibit A-8.



20. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Flint, Michigan on February 6, 2026.

_____
JOSHUA MCDONALD