# Exhibit A-10
## to McDonald Declaration

# FCA US Privacy Policy 10/30/25



# FCA US Privacy Policy

Effective Date: October 30, 2025

FCA US LLC ("**FCA US**," "**we**" or "**us**") is committed to privacy and transparency in our information practices. This FCA US Privacy Policy (our "**Privacy Policy**") describes how we collect, use, disclose, share, and otherwise process the personal information described in this Privacy Policy, as well as the rights and choices individuals have regarding their personal information.

If you are a California resident, please review our California Privacy Supplement for additional information about our privacy practices and your California privacy rights, including your right to opt out of sales and sharing of personal information under the California Consumer Privacy Act ("**CCPA**").

Your access to and use of our Services (as defined below) is subject to our applicable terms and agreements, including the FCA Website Terms of Use, and, as applicable, our App End User License Agreement, the FCA Connected Service Terms of Service, and the SiriusXM Guardian Terms of Services (collectively, the "**Terms**"). These Terms are incorporated by reference into this Privacy Policy, including their applicable limitations on liability and the resolution of disputes.

**SCOPE**

**INFORMATION WE COLLECT**

**PURPOSES OF USE AND PROCESSING OF PERSONAL INFORMATION**

**DISCLOSURE OF PERSONAL INFORMATION**

**AGGREGATE AND NON-IDENTIFIABLE INFORMATION**

**COOKIES, ANALYTICS AND TARGETED ADVERTISING**

**SECURITY**

**THIRD PARTY AND CO-BRANDED SITES AND OTHER SERVICES**

**RIGHTS AND CHOICES**

**SPECIAL NOTICE TO INTERNATIONAL USERS AND CUSTOMERS**

**CHILDREN**

**CHANGES TO THIS PRIVACY POLICY**

**CONTACT US**

**CALIFORNIA PRIVACY SUPPLEMENT**

## 1. SCOPE

This Privacy Policy applies to our collection, use, and disclosure of personal information related to:

- Our websites (each a "**Website**"), mobile applications (each an "**App**"), and online services that link to or display this Privacy Policy, and our "**Connected Services**" (as defined and further described in our Connected Services Privacy Notice), as well as the services that FCA makes available to through each of these (collectively, the "**Services**").
- Current and former FCA vehicle owners and Connected Services users.
- Shoppers and prospective purchasers of FCA vehicles, products, and services and other individuals who receive our marketing and promotional communications.
- Participants in contests, promotions, surveys, and other events that we conduct or sponsor.
- Individuals that otherwise contact us or interact with us related to our vehicles, the Services, or our business operations.

This Privacy Policy is intended to describe our overall privacy practices with regard to the personal information subject to this Policy. Our actual collection, use, disclosure, and processing of personal information about individuals will vary depending upon the circumstances.

**Additional Privacy Notices and Terms.**
We may also provide additional privacy notices ("additional notice") for specific products, programs, events, promotions, services, features, incentives, or other offers that we provide or make available. For example, the FCA Connected Services Privacy Notice applies to and provides more detail about our collection, use, and disclosure of personal information related to the Connected Services. If you participate in a sweepstake, incentive program, or other promotion, additional privacy terms may apply as set forth in the terms for that promotion. If there is a conflict with the terms of this Privacy Policy and an additional notice, the terms for the promotion will govern with regard to the personal information collected related to that promotion.

**Not Covered by this Privacy Policy.**
This Privacy Policy does not apply to the collection, use, or disclosure of personal information by independently owned and operated FCA dealerships and business. In addition, this Privacy Policy does not generally apply to the personal information that we collect about (i) job applicants and candidates, (ii) employees, independent contractors, and other workers, or (iii) owners and personnel of FCA dealers. If you are a California resident, a different privacy notice (and not this Privacy Policy) applies to our use, disclosure, and processing of such personal information about you.

## 2. INFORMATION WE COLLECT

We may collect personal information directly from individuals, such as when an individual registers for a Connected Services or MOPAR account, contacts us, or inquires with us about a FCA vehicle. We may also collect personal information from third parties (such as social networks, platform providers, payment processors, data providers, and operators of certain third-party services that we use), as well as automatically collect or derive personal information about your use related to the use of our Websites, Apps, Connected Services, and other Services.

The information we collect varies depending upon the circumstances and the Services you use. In some cases (such as where required by law), we ask for your consent, or give you certain privacy choices as described in this Policy, regarding our collection, use, and disclosure of certain personal information.

**Information We Collect Directly.** We may collect personal information directly from you, including:

- Registration, profile, and subscription information: to access and use certain of our Services (such as a Connected Services or MOPAR® account), you must activate, subscribe to, and/or register for an account by providing us with certain required information, which may include your name, a username, password, email, and other contact information. We may collect personal information such as your name, email address, phone number, address, and other contact information; VIN and associated vehicle data; date of purchase; billing information and subscription details and history. We may also ask you or allow you to submit certain additional optional information, which may include your phone number, location, preferences, information about other approved drivers of your vehicle, demographic information, and other profile information.
- Biometric and credentials: you may able to enroll a biometric identifier (e.g., fingerprint or facial recognition) to establish a biometric access credential for access certain features and Services, such as digital key and other Connected Services. (See our FCA Connected Services Privacy Notice for more information.)
- Purchases and payments information: if you purchase products or services from us, such as branded merchandise or parts, whether online or over the phone, we collect information related to your order, which may include name, billing and shipping address, and payment details. We may work with external payment processors and fulfillment partners to process these payments.
- Communications and support: if you contact us by email, mail, phone, chat or otherwise regarding the Services, we collect and maintain a record of your contact details,communications, and our responses. If you call us, we may also record calls and maintain logs and records of those calls.
- Inquiries and requests: we also collect personal information when you submit information to or request information from us (such as request a quote, find a vehicle, or locate a dealer) or sign up for marketing and communications from us (such as related to FCA US product launches, special offers, and upcoming FCA vehicle and product releases). The information we may collect includes your name, contact information, location, vehicle of interest, current vehicle, and other information.
- Survey, events, and promotions: we may also run contests, sweepstakes, or other promotions or participate in certain events (collectively, "**Events**"), online, and offline. If you choose to participate in an Event, we may ask you for personal information, including your name, age, contact information, vehicle of interest, or other information. Certain Events may be co-branded with one of our partners or run on an external website, such as Facebook. In these instances, the collection of your personal information may occur directly or through an external website. If you respond to surveys or similar requests that we send or sponsor, we will collect and use your survey responses and other information.
- User content: if you choose to engage in forums, blogs, or similar features offered by us as part of the Services, we may maintain records about the content you post, such as comments, reviews or questions, as well as date and time and other metadata associated with your user content. User content may also be viewable by other visitors and users of the Services.

**Information We Collect from Third Parties.** We may also collect personal information about you and your vehicle from third parties and other sources, such as:

- FCA dealers: FCA authorized dealers (independently owned and operated businesses) may provide us with purchase, payment, and finance information (when you purchase or lease one of our vehicles from them), information about vehicle maintenance, services, repairs, warranty claims, quality, and customer support, as well as data about prospective buyers.
- Third-party data: such as vehicle sales records and motor vehicle records, as well as third-party data providers that provide us with information to update and enhance our customer records and provide us with leads including lists of potential vehicle purchasers, current, or former owners.

- <u>Affiliates and partners</u>: including third-party providers of certain features or portions of the Services or Connected Services. Also, if you take advantage of a third party or affiliate offer through the Services, we may receive information from that third party about your interaction with them.
- <u>Third-party platforms</u>: such as platform providers and app stores (e.g., through which our Apps are available) and social media platforms. For example, if you post information about us or engage with us or our content on social media and other third-party platforms, we may obtain personal information about you from that third-party platform. These third-party platforms and services control how your personal information is collected, shared, and displayed through their respective platforms. Also, if you log in through or integrate a third-party account (such as Google, Amazon, Apple) with our Services, we may access and obtain certain information from your account (as authorized by you and subject the applicable terms of the third-party platform).

**Information Derived or Collected Automatically.** We may derive or automatically collect information, including personal information related to you or your use of our Services.

- <u>Connected Services</u>: as further set forth in the FCA Connected Services Privacy Notice, we collect and derive personal information through our Connected Services, including information about you and your vehicle, as well as other users of your vehicle and the Services, such as vehicle usage and performance data, driving data, geolocation data, settings and presets, and features and services accessed and used (including third party provided), and other information related to your use of our Connected Services.
- <u>Browsing and usage data</u>: we may collect personal information automatically (e.g., via cookies and pixel tags) about how you use and interact with our Services, such as IP address, app identifier, advertising ID, location information, browser type, device type, domain name, the website that led you to our Services, the website to which you go after leaving our Services, the dates and times you access our Services, and the links you click and your other activities within the Services. We may also use pixels in HTML emails to understand if individuals read the emails we send to them. We also may collect geolocation information through our Apps and the Connected Services, or derive your location based upon your device IP address. In addition, we may derive certain insights about you based on this and other personal information we have collected about you.
- <u>Other information</u>: we may collect personal information about visitors to our offices and premises, for example, through CCTV and other physical security monitoring. If you call or contact us, we may also maintain call records for quality, training, and support purposes.

We may link this personal information with the other information we have collected about you. For more information, see Section 6. Cookies, Analytics and Targeted Advertising below.

## 3. PURPOSES OF USE AND PROCESSING OF PERSONAL INFORMATION

While the purposes for which we may process personal information will vary depending upon the circumstances, in general, FCA collects, uses, discloses, and otherwise process personal information we collect as set forth below or otherwise directed or authorized by you:

- <u>Providing our Services and related support</u>: to provide and maintain our Services; to authenticate users; to perform technical operations, such as updating software; to provide and communicate with you about our Websites, Services, vehicles and other products; to respond to your requests; to administer events that you participate in; to fulfill your orders and process your payments; to provide technical support; and for other customer service and support purposes.
- <u>Safety, recall, and warranty</u>: for safety, recall, and warranty purposes, such as to send recall notices, process recall and warranty claims, and for other purposes related to vehicle safety.
- <u>Research and analytics</u>: to better understand how users access and use our vehicles and other products and the Services, for other research and analytical purposes, such as to evaluate and improve our Services and business operations, develop new features, products, or services, for quality and training purposes, and to otherwise improve our Services and user experiences.
- <u>Communicating with you</u>: to provide you with the information or services that you have requested (e.g., to provide a quote or to contact you to book a test drive); to communicate with you about your use of our Services; to respond to your inquiries; to administer surveys and questionnaires, such as for market research or user satisfaction purposes; and for other customer service purposes.
- <u>Personalizing content and experiences</u>: to personalize content for you, to offer location customization and personalized help and instructions, and to otherwise personalize your experiences.

- <u>Advertising, marketing and promotional purposes</u>: to contact you about our products or services or send you newsletters, offers, or other information we think may interest you; to administer promotions and contests; to reach you with more relevant ads; and to measure and improve our advertising and marketing campaigns.
- <u>Supporting our general business operations</u>: relating to audits and assessments of our business operations, security controls, financial controls, compliance with legal obligation, and otherwise relating to the administration of our general business, accounting, record keeping, and legal functions.
- <u>Planning and implementing business transactions</u>: in order to plan and implement an actual or contemplated merger, acquisition, financing, sale, bankruptcy, or restructuring of all or part our business or assets.
- <u>Securing and protecting our assets and rights</u>: to protect our business operations, secure our network and information technology, assets, and services; to prevent and detect fraud, unauthorized activities, access, and other misconduct; where we believe necessary to investigate, prevent, or take action regarding suspected violations of our Terms and other agreements, as well as fraud, illegal activities, and other situations involving potential threats to the rights or safety of any person or third party.
- <u>Complying with legal obligations</u>: to comply with the law or legal proceedings. For example, we may disclose information in response to subpoenas, court orders, and other lawful requests by regulators and law enforcement, including responding to national security or law enforcement disclosure requirements.

## 4. DISCLOSURE OF PERSONAL INFORMATION

We may disclose personal information for the purposes set out above, in *Section 3. Purposes of Use and Processing of Personal Information*, such as where reasonably necessary to provide, secure, and improve our products and Services, to reach users with more relevant information and offers, for warranty and safety purposes, to protect our rights and the rights of others, to comply with our legal and regulatory options, to make available third-party offers you may be interested in, to carry out your requests, and as otherwise authorized or directed by you. In accordance with these purposes, personal information may be disclosed to the following type of third parties:

**Affiliates, Vendors, and Providers**. We may share or disclose personal information to our vendors and others who we work with to make certain services available, such as:
- <u>Affiliates and subsidiaries</u>: we may share your personal information with our affiliate and subsidiary companies, who may use and disclose your personal information in accordance with this Privacy Policy.
- <u>Vendors and service providers:</u> we may disclose personal information to our third-party vendors, service providers, contractors, or agents who process such data in order to provide services to us or to perform functions on our behalf.
- <u>Third-party services and providers</u>: some of the Services we make available to you may be provided or supported by third parties (e.g., cellular data carriers, navigation and traffic services), who may collect and receive personal information about you as part of their provision of the particular feature, service, or application, or in order to respond to a request you make via the Services. In addition, some of our Websites and other Services may enable you to make purchases from third-party businesses. Any time you order from a third-party business, that business will collect your personal information as part of your order. The use of your personal information by these third-party businesses will be subject to their respective privacy policies and terms, and these third parties may contact you directly, for promotional and transactional purposes.

**Dealers and Other Third Parties**. We may share personal information with dealers and other select third parties, for marketing, research and analytics purposes.
- <u>Dealers</u>: we may share personal information, such as name, contact information, and other data about your vehicles or interests, with our authorized dealers in your area so that they may contact you about your vehicle needs and purchase plans, or otherwise reach out to you for marketing purposes.
- <u>Marketing and advertising partners</u>: we may share your personal information with third parties that provide advertising, campaign measurement, analytics, and related services to us. These third parties may receive or access usage data, and other personal information in order to help us better reach individuals with relevant ads and measure our ad campaigns, or to better understand how individuals interact with our Websites and Services.
- <u>Programs and offers</u>: we may invite you to participate in co-sponsored or third-party promotional offers and programs. If you choose to participate in one of these programs or third-party offers or indicate your interest in receiving information about the third-party offer, we may share your personal information with that third party to facilitate your request. For example, if you elect to receive information on insurance rates and offers

available to you, we may share your information with insurance companies or others so that they may provide you with personalized insurance offers. The use of your personal information by these third parties is subject to their respective privacy policies. For more information on how we share information with respect to the Connected Services, please see the FCA Connected Services Privacy Notice.

- Others: we may disclose certain information to select third parties who may use this data for their own research, development, analytics, and marketing purposes, such as to better understand aggregate driving and traffic patterns, update maps and route details, and analyze road conditions, analyze vehicle usage data, driving data, and trip data. We also may share your personal information with certain third parties so that they may send you offers and other information we think you may be interested in.

Please see Section 9. Your Rights and Choices for details on how to opt out of our sharing of your personal information with third parties.

**Other Individuals**. If you are an owner and you permit another driver to register your vehicle for Connected Services or to otherwise access and use your account, then you acknowledge and agree that such individual(s) may have access to your account and associated personal information about your vehicle(s). Further, if you post user content, this may be viewable by other users of the Services.

**Business and Operational Purposes**. In addition, we may disclose personal information in support of our business and operational purposes, including:

- Business transfers: as part of any merger, acquisition, financing, sale of company assets or interests in the respective company, or in the case of insolvency, bankruptcy, or receivership, including during negotiations related to such business transfers.
- Protecting rights and interests: to protect or defend the safety, rights, property, or security of FCA US, third parties or the general public, including to protect the Services, to detect, prevent, or otherwise address fraud, security, technical issues, or other activity which we, in our sole discretion, consider to be, or to pose a risk of being, illegal, unethical, or legally actionable activity.We may also use personal information as evidence in litigation in which we are involved, and as necessary to enforce this Privacy Policy or our Terms and other applicable agreements with you.If you lease or finance your vehicle through FCA US or any of its affiliates, and you have breached any of the terms in your lease or financing agreement, then FCA US and its affiliates may protect and defend their rights under the agreement by using the Connected Services and location data to locate you or your vehicle for the purpose of communicating with you and/or recovering your vehicle. YOU EXPRESSLY CONSENT TO THE USE OF THE CONNECTED SERVICES AND LOCATION TO REPOSESS YOUR VEHICLE.
- Complying with legal obligations: to comply with applicable legal or regulatory obligations, including as part of a judicial proceeding, in response to a subpoena, warrant, court order or other legal process, or as part of an investigation of or request by law enforcement or a government official.

## 5. AGGREGATE AND NON-IDENTIFIABLE INFORMATION

We may collect, use, and disclose aggregate, anonymous, and other non-identifiable data about users for marketing, advertising, research, compliance, or other purposes. Where we use, disclose, or process de-identified data (data that is no longer reasonably linked or linkable to an identified or identifiable natural person, household, or personal device), we will maintain and use the information in de-identified form and not to attempt to reidentify the information, except as permitted by applicable privacy laws (such as to confirm whether our de-identification processes are reasonable and adequate).

## 6. COOKIES, ANALYTICS AND TARGETED ADVERTISING

We and our third-party providers use cookies, clear GIFs/pixel tags, JavaScript, local storage, log files, and other mechanisms in connection with our Websites, Apps, and other Services, in order to, for example, understand how our Services are used, track bugs and errors, provide operate, enable and improve our Services, verify account credentials, enable logins, track sessions, personalize content, prevent fraud, and protect and secure our Services, as well as for targeted marketing, advertising, and analytics purposes.

**Cookies.** Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your web browser for record-keeping purposes. Some cookies allow us to make it easier for you to navigate our Services, while others are used to enable a faster log-in process or to allow us to track your activities while using our Services. Most web browsers automatically accept cookies, but if you prefer, you can edit your browser options to block them in the future. The Help portion of the toolbar on most browsers will tell you how to

prevent your computer from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. Some of the Services may not work properly if you disable cookies.

**Clear GIFs.** Clear GIFs (also referred to as pixel tags and web beacons) are tiny graphics with a unique identifier, similar in function to cookies. In contrast to cookies, which are stored on your computer's hard drive, clear GIFs are embedded invisibly on web pages. We may use clear GIFs in connection with our Services and our marketing and advertising campaigns to, among other things, track the activities users of our Services, help us manage content, compile usage reports, and to help us track email response rates, identify when our emails are viewed, and track whether our emails are forwarded.

**Third-Party Analytics**. Some of the analytics tools we use may be provided by third-party analytics companies. For example, we use Google Analytics (more info: privacy and opt-out) to evaluate use of our Websites and Services, and to help us understand and improve our Services and our marketing and advertising campaigns. These entities may use cookies and other tracking technologies, such as web beacons or local storage objects, to perform their services.

**Targeted Advertising**. We may work with third-party ad networks, channel partners, measurement services, and others ("third-party ad companies") to personalize content and advertising on our Services, and to manage our advertising on third-party sites, mobile apps, and online services. We and these third-party ad companies may use cookies, pixels tags, and other tools to collect activity information, IP address, device ID, advertising IDs, and other identifiers, and location information within our Services (as well as on third-party sites and services). We and these third-party ad companies use this information to provide you more relevant ads and content within our Services and on third-party sites and services, as well as to improve and evaluate the success of such ads and content.

We also may share certain customer list information (such as your email address) with third-party ad companies so that we can better target these customers and others with similar interests on third-party sites and platforms.

**Preferences**. You can review or change your preferences for targeted advertising and cookies on our Websites:
- Browser opt out: you can opt out of targeting and most other third-party cookies (other than those that are necessary) on one our Websites by clicking the "Cookie Settings" link in the footer of that Website and reviewing and adjusting your cookie settings. Your preferences are browser specific and website specific. So, you need to set your preferences for each Website that you visit, and if you come back to a Website from a different device or a different browser on the same device, you will need to apply your preferences for that browser or device as well.
- Submit a request through our portal: you can submit a request to opt out of sales, sharing, and targeting as defined under applicable privacy laws, by submitting a request through our privacy portal.
- Industry ad choice programs: FCA US adheres to Digital Advertising Alliance self-regulatory principles for online behavioral advertising. For more information about interest-based advertising and how to opt out go to: www.aboutads.info/choices (Digital Advertising Alliance(US)) or www.youradchoices.ca/choices/ (Digital Advertising Alliance of Canada). Opting out of participating ad networks does not opt you out of being served advertising. You may continue to receive generic or "contextual" ads on our Services. You may also continue to receive targeted ads on other websites, from companies that do not participate in the above programs.
- Do Not Track (DNT): our Websites currently do not respond to "do not track" signals.

## 7. SECURITY

We have implemented safeguards that are intended to protect the personal information we collect from unauthorized access, use, or disclosure. However, no method of electronic transmission or storage is 100% secure. Therefore, we cannot guarantee absolute security. You should take steps to protect against unauthorized access to your password, phone, and computer by, among other things, signing off after using a shared computer, choosing a robust password that nobody else knows or can easily guess, and keeping your log-in and password private.

## 8. THIRD PARTY AND CO-BRANDED SITES AND OTHER SERVICES

Our Services may contain links to third-party websites, mobile applications, or other services, operated by third parties and subject to different privacy policies. You should review the

privacy policy on any website, mobile application, or online service. Please be aware that FCA US is not responsible for and cannot control the privacy practices of other websites or third parties. Our Services may also contain links to co-branded websites that may display the FCA US logo and trademarks but are maintained by third parties, and do not display this Privacy Policy. Please read the privacy policies provided on these co-branded websites, which govern the privacy practices relating to personal information collected via that website.

## 9. RIGHTS AND CHOICES

In this section we describe the choices individuals have regarding our collection, use, and handling of their personal information. You may submit a request to exercise your applicable privacy rights by phone at 1-866-221-6871 (toll-free) or online through our privacy portal.

**Marketing Communications**. You may opt out of receiving marketing by phone at 1-866-221-6871 (toll-free) or online through our privacy portal. You may also opt out of email marketing by using the unsubscribe link in any such email we send to you. Further, if you have opted into and no longer wish to receive text messages from us you may opt out by texting STOP to cancel future text message (reply HELP for more information or help). Please note that marketing opt-out requests will only remove you from our direct marketing lists. If you would like to opt out of marketing from a FCA dealer or other third party, you must contact them directly to opt out.

**Targeted Advertising on Websites**. You can review and update your cookie preferences on our Websites by clicking the "Cookie Settings" link in the footer of our Websites. You will need to set your preferences for each Website that you visit, and if you come back to a Website from a different device or a different browser on the same device, you will need to apply your preferences for that browser or device as well.

**Additional Privacy Information for Certain States.** Residents of U.S. with privacy laws may have additional rights under applicable privacy laws, subject to certain limitations and exceptions. For a list of states and their privacy laws, please visit our privacy portal. These rights may include:
- Correction: to request that we correct inaccuracies in their personal information, taking into account the nature and purposes of the processing of the personal information.
- Deletion: to request that we delete personal information about them, including personal information that is provided to us directly, or obtaining from another source and derived information.
- Access: to access their personal information, confirm whether we are processing or have processed their personal information and the categories of personal information the controller is processing or has processed and to obtain a copy of their personal information in a portable and, to the extent technically feasible, readily usable format.
- Opt out: to opt out of certain types of processing by us, including:
    - the sale of their personal information.
    - the processing of their personal information for purposes of targeted advertising (i.e., advertising based on personal information obtained over time and across nonaffiliated websites or online applications).
    - the processing of personal information for purposes of profiling the consumer in furtherance of making decisions that produce legal or similarly significant effects (if applicable).
- To opt out of the sale of personal data or targeted advertising, you or an authorized agent may opt out by means of a browser setting, browser extension, global device setting or other technology.
- Third-Party Disclosures:
    - if you live in Minnesota or Oregon, you also have the right to request a list of specific third parties, other than natural persons, to whom we have disclosed any personal information.
    - some states also allow you to obtain a list of the categories of third parties to which we have disclosed personal information. You can find that information in the table above under the "Disclosure of Personal Information" section.
- Withdraw Consent: where we process your personal information based upon consent, you may revoke consent. Note, if you revoke consent for processing personal information, we may no longer be able to provide you with some types of services.
- Limit Use of Sensitive Personal Information: certain states allow you to request that we limit the use of your Sensitive Personal Information to only exempt purposes such as to provide the goods and services you requested, prevent fraud, or verify or maintain the quality or safety of goods or services we provide. Other states may require us to obtain your consent to process Sensitive Personal Information. The definitions of Sensitive Personal Information vary by state.

You may exercise the above rights through our privacy portal or by contacting us via the contact information below. When you make a request, we will take steps to verify your identity and will process your request by matching the information provided in your request with the information we have in our records. We will respond to your request as required under the applicable privacy law(s). If we deny your request, you may also submit an appeal (if applicable), through our privacy portal.

In some circumstances, you may designate a person to act as an authorized agent to exercise rights on your behalf by visiting our privacy portal. If you are an authorized agent, after submitting the request you will receive instruction on how to submit a copy of a signed permission form from the consumer stating that you have authorization to act on the consumer's behalf.

**Information about Connected Services**: As part of the Connected Services, we collect, use, disclose, and process certain personal information from and about you, your vehicle, and your use of the Connected Services ("**Covered Data**"). You can request that we do not share or sell your Covered Data to or with third parties by submitting a request here. Please note that this opt out does not limit (i) disclosures to our vendors, agents and service providers that process this data to provide services to us; (ii) disclosures to others where necessary to provide the Connected Services to you, to respond to your requests, or as otherwise directed by you; (iii) disclosures that are necessary to comply with our legal obligations or to protect or defend our rights; or (iv) disclosures that are necessary to protect the security and integrity of the Services, or the health or safety of others. Further, opting out doesn't apply to prior disclosures of your Covered Data. For more information about our information practices and your privacy choices regarding Covered Data, or for instructions on how to deactivate Connected Services and stop our collection of Covered Data, please review our Connected Services Privacy Notice.

## 10. SPECIAL NOTICE TO INTERNATIONAL USERS AND CUSTOMERS

As a globally operating company, FCA US may transfer your personal information to the United States and to other jurisdictions where we or our affiliates, suppliers, or service providers have operations. As such, your personal information may be accessed, stored, processed, or subject to law enforcement requests in these jurisdictions, which may not have equivalent privacy laws as in your home jurisdiction. We will take steps to ensure that your personal information receives an adequate level of protection in the jurisdictions in which we process it, including through appropriate written data processing terms and/or data transfer agreements.

FCA US complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF) and the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF) as set forth by the U.S. Department of Commerce. FCA has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (EU-U.S. DPF Principles) with regard to the processing of personal data received from the European Union and the United Kingdom in reliance on the EU-U.S. DPF and the UK Extension to the EU-U.S. DPF. FCA has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles (Swiss-U.S. DPF Principles) with regard to the processing of personal data received from Switzerland in reliance on the Swiss-U.S. DPF. If there is any conflict between the terms in this privacy policy and the EU-U.S. DPF Principles and/or the SwissU.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework (DPF) Program, and to view our certification, please visit https://www.dataprivacyframework.gov/. Individuals in the EU, UK or Gibraltar, and Switzerland can review our DPF Policy here.

## 11. CHILDREN

Our Services are not targeted and directed at children under age 16 and we do not knowingly collect any personal information from a child under 16. If you believe we have inadvertently collected personal information about a child, please contact us and we will take steps to delete this information.

## 12. CHANGES TO THIS PRIVACY POLICY

We encourage you to periodically review this Privacy Policy as we may change our Privacy Policy from time to time, in which case we will post the updated Privacy Policy (with effective date) on our Websites or within the Services. If we make any changes to this Privacy Policy that materially affect our practices with regard to the personal information we have previously collected from you, we will endeavor to provide you with notice in advance of such change,

such as posting notice through our Website or Services or notifying you at your email address of record.

## 13. CONTACT US

If you have any questions about this Privacy Policy or our privacy practices, please contact us by phone at 1-866-221-6871 (toll free) or online through our privacy portal.

## 14. CALIFORNIA PRIVACY SUPPLEMENT

In this section, we provide additional information to California residents about how we handle their personal information, as required under California privacy laws including, the California Consumer Privacy Act ("**CCPA**"). This section does not address or apply to our handling of publicly available information or other personal information that is exempt under the CCPA.

### A. Categories of Personal Information About California Residents

In this section we describe, generally, how we collect and disclose personal information about California residents ("**consumers**").

***Categories of Personal Information Collected and Disclosed***. While our collection, use, and disclosure of personal information varies based upon our relationship and interactions with you, the table below identifies, generally, the categories of personal information (as defined by the CCPA) that we collected (and have collected in the prior 12 months) about California residents, as well as the categories of third parties to whom we may generally disclose this information for a business or commercial purpose.

| Category | Description | Categories of Third-Party Disclosures for Business or Commercial Purposes |
|---|---|---|
| Identifiers | Includes direct identifiers, such as name, alias, user ID, username, account number, unique personal identifier, online identifier, VIN, license plate, IP address and other online identifiers or unique identifiers, email address, phone number, address and other contact information, account name, SSN, driver's license number, passport number and other government identifiers, or other similar identifiers. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Marketing and advertising providers</li><li>Analytics providers</li><li>Dealers</li><li>Third party services and providers (e.g., platforms, ISPs and telecom providers)</li><li>Others where required by law or directed by you</li></ul> |
| Customer records | Includes personal information such as name, account name, user ID, contact information, education and employment information, SSN and government identifiers, account number, insurance policy number, financial or payment information that individuals provide us in order to purchase or obtain our products and services, and other information you provide in order to order a FA vehicle, obtain warranty or repair services, as well as other information about your purchase or lease of a FCA vehicle. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Dealers</li><li>Third party services and providers (e.g., platforms, ISPs and telecom providers)</li><li>Others where required by law or directed by you</li></ul> |
| Commercial information | Includes records of personal property including FCA vehicles, products or services purchased, obtained, or considered, or other purchasing or use histories or tendencies. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Dealers</li><li>Marketing and advertising providers</li></ul> |

| | | |
|---|---|---|
| | | <ul><li>Third party services and providers (e.g., platforms, ISPs and telecom providers)</li><li>Others where required by law or directed by you</li></ul> |
| Usage data | Includes browsing history, clickstream data, search history, access logs and other usage data and information regarding an individual's interaction with our Websites, mobile apps and Connected Services, and our marketing emails and online ads. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Marketing and advertising providers</li><li>Analytics providers</li><li>Dealers</li><li>Third party services and providers (e.g., platforms, ISPs and telecom providers)</li><li>Others where required by law or directed by you</li></ul> |
| Geolocation data | Includes precise location information about a particular individual, device, or vehicle. | <ul><li>Vendors and service providers</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Marketing and advertising providers</li><li>Analytics providers</li><li>Dealers</li><li>Third party services and providers (e.g., platforms, ISPs and telecom providers)</li><li>Others where required by law or directed by you</li></ul> |
| Audio, video and electronic data | Includes audio, electronic, visual, thermal, olfactory, or similar information such as CCTV footage (e.g., collected from visitors to our premises, photographs and images (e.g., that you provide us or post to your profile), call recordings (e.g., of customer support calls), and information collected from your vehicle (including telematics data). | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Dealers</li><li>Third party services and providers (e.g., platforms, ISPs and telecom providers)</li><li>Others where required by law or directed by you</li></ul> |
| Professional information | Includes professional or employment-related information. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Dealers</li><li>Others where required by law or directed by you</li></ul> |
| Education information | Includes information about an individual's educational history. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Dealers</li><li>Others where required by law or directed by you</li></ul> |

| | | |
|---|---|---|
| Protected classifications | Includes characteristics of protected classifications under applicable laws, such as disability information and medical conditions (e.g., which we may collect in order to make available appropriate accommodations at our Events) and information that you voluntarily include in your account profile (e.g., gender, marital status). | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Dealers</li><li>Others where required by law or directed by you</li></ul> |
| Inferences | Includes inferences drawn from other personal information that we collect to create a profile reflecting an individual's preferences, characteristics, predispositions, behavior, attitudes, intelligence, abilities or aptitudes. For example, we may analyze personal information in order to identify the offers and information that may be most relevant to customers, so that we can better reach them with relevant offers and ads. | <ul><li>Vendors and service providers</li><li>Advisors and agents</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Marketing and advertising providers</li><li>Analytics providers</li><li>Dealers</li><li>Others where required by law or directed by you</li></ul> |
| Sensitive personal information | Precise geolocation information may be collected through our Apps and the Connected Services. If you enroll in biometric authentication features, we may collect and process your biometric identifier. In limited circumstances, we may collect from you, SSN, driver's license and government identifiers, as well as log-in and financial account information. | <ul><li>Vendors and service providers</li><li>Government entities and law enforcement</li><li>Affiliates and subsidiaries</li><li>Analytics providers</li><li>Others where required by law or directed by you</li></ul> |

***Sales and Sharing Personal Information.*** Under the CCPA, a "sale" includes disclosing or making available personal information to a third party in exchange for monetary compensation or other benefits or value, and "sharing" broadly includes disclosing or making available personal information to a third party for purposes of cross-context behavioral advertising. As defined by the CCPA, we may sell or share: identifiers, usage data, customer records, geolocation, commercial information, and inferences to or with affiliates and subsidiaries, dealers, marketing and advertising partners, and analytics providers. We do not sell or share personal information or sensitive personal information about California consumers who we know are younger than 16 years old. California residents may opt out of sales of their personal information by us as set forth below.

***Sources of Personal Information***. We may collect personal information from the following sources:
- Directly from the individual
- Advertising networks and marketing partners
- Data analytics providers
- Social networks
- Internet service providers
- Operating systems and platforms
- Government entities
- Data brokers/aggregators
- Business and enterprise customers (e.g., fleet services)
- Dealers
- Platform providers
- Telecom provider

***Purposes of Collection, Use and Disclosure***. As described in more detail in *Section 3. Purposes of Use and Processing of Personal Information* of our Privacy Policy, we collect, use, disclose, and otherwise process personal information for the following business or commercial purposes and as otherwise directed or consented to by you:
- Providing our Services
- Safety, recall and warranty
- Analyzing and improving our Services
- Communicating with you
- Personalizing content and experiences
- Advertising, marketing, and promotional purposes
- Supporting our general business operations

- Planning and implementing business transactions (e.g., mergers, transfers, reorganizations)
- Securing and protecting our assets and rights
- Complying with legal obligations

We will also disclose personal information as directed or consented to by you, or where otherwise necessary to respond to respond to your requests or fulfil your orders.

For additional information about our use and disclosure of personal information related to the Vehicle Technologies and Services, please review our FCA Connected Services Privacy Notice.

*Retention.* We will retain your personal information, including sensitive personal information, as long as reasonably necessary for purposes for which the personal information was collected and is used by us, as stated in this Notice.

**B. California Residents' Rights**

*CCPA Rights.* In general, California residents have the following rights under the CCPA with respect to their personal information (subject to certain exceptions and limitations):

- Opt out of sales and sharing: to opt-out of our sale and sharing of their personal information.
- Limit use and disclosure of sensitive personal information: to limit certain uses or disclosures of sensitive personal information to those uses authorized by the CCPA.
- Deletion: to request deletion of their personal information, subject to certain exceptions.
- To know/access: to know what personal information we have collected about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom we disclose personal information, and the specific pieces of personal information we have collected about them.
- Correction: to request correction of inaccurate personal information.
- Non-discrimination: not to be subject to discriminatory treatment for exercising their rights under the CCPA.

*Submitting CCPA Requests.* California residents may submit CCPA requests regarding their personal information maintained by us through one of the following methods:

- Online through our privacy portal
- By phone at 1-866-221-6871 (toll free)

Please complete all required fields on our webform or otherwise provide us with this information via the above toll-free number so that we can process your request. When you submit a request to know, delete, or correct, we will take steps to verify your request by matching the information provided by you with the information we have in our records. In some cases, we may request additional information in order to verify your request or where necessary to process your request. If we are unable to adequately verify a request, we will notify the requestor. Authorized agents may also submit requests on behalf of consumers using the online form above; authorized agents will be required to provide proof of their authorization and we may also require that the relevant consumer directly verify their identity and the authority of the authorized agent.

*Your Right to Opt Out of Sales/Sharing.* As noted above, California residents can submit a request to opt out of sales and sharing online through our privacy portal or by calling us at (866) 221-6871. We will apply your opt out request based upon the personal information in our records that is linked or reasonably linkable to the information provided in your request.

In addition, our Website responds to global privacy control—or "GPC"—signals, which means that if we detect that your browser is communicating a GPC signal, we will process that as a request to opt that particular browser and device out of sales and sharing (i.e., via cookies and tracking tools) on that Site.  Note that if you come back to the Website from a different device or use a different browser on the same device, you will need to opt out (or set GPC for) that browser and device as well.  More information about GPC is available at https://globalprivacycontrols.org.

*Financial Incentives*. California residents have the right to understand the material terms of any "financial incentive" offered to them and to not be included in such without consent. If we provide any programs or offerings that are considered "financial incentives" under the CCPA, we will disclose the material details of such program to you so that you can choose whether to opt in. You also have the right to opt out of a financial incentive program at any time.

***Your Privacy Rights Under California Shine the Light Law***. Under California's "Shine the Light" law (Cal. Civ. Code § 1798.83), California residents who provide us certain personal information are entitled to request and obtain from us, free of charge, information about the personal information (if any) we have shared with third parties for their own direct marketing use. Such requests may be made once per calendar year for information about any relevant third-party sharing in the prior calendar year. Submit a "Shine the Light" request, by phone at 1-866-221-6871 (toll-free) or online through our privacy portal. You may be required to provide attestation that you are a California resident.

**For more information about our privacy practices, you may contact us as set forth above, in** *Section 13. Contact Us*.