UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Leighton Williams, et al.,

Plaintiff(s),

v.                                                 Case No. 2:25–cv–13237–BRM–DRG
                                                   Hon. Brandy R. McMillion
Fiat Chrysler Automobiles,

Defendant(s),

---

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Brandy R. McMillion for the following motion(s):

Motion to Compel – #16


- MOTION HEARING:  June 24, 2026 at 11:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** 669–254–5252
**MEETING ID:**      165 337 0765


Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

By: s/Leanne Hosking
Case Manager

Dated:  May 19, 2026